

# United States District Court
# Eastern District of California

| | |
|---|---|
| Charlyn Marie Arriola Guzman Camacho | Case Number: 2:25-cv-02800-DC-CKD |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE |
| Equifax Information Services, LLC., et al | AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Mark C. Leffr _____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

plaintiff

On ____10/28/1996____ (date), I was admitted to practice and presently in good standing in the

____Supreme Court of Virginia____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:____03/11/2026____    Signature of Applicant: /s/ Mark C. Leffler _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Mark C. Leffler |
| Law Firm Name: | Consumer Litigation Associates, P.C. |
| Address: | 763 J. Clyde Morris Boulevard, Suite 1-A |

| | | | |
|---|---|---|---|
| City: | Newport News | State: VA | Zip: 23601 |

Phone Number w/Area Code: (757) 930-3660

City and State of Residence: (757) 930-3662

Primary E-mail Address: mark@clalegal.com

Secondary E-mail Address: mark@clalegal.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Craig C. Marchiando |
| Law Firm Name: | Consumer Litigation Associates, P.C. |
| Address: | Four Embarcadero Center, Suite 1400 |

| | | | |
|---|---|---|---|
| City: | San Francisco | State: CA | Zip: 94111 |

Phone Number w/Area Code: (757) 930-3660     Bar # 283829

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: **March 24, 2026**

Dena Coggins
United States District Judge