

United States District Court
Eastern District of California

Charlyn Marie Arriola Guzman Camacho

Plaintiff(s)

Case Number: 2:25-cv-2800-DC-CKD

V.

Experian Information Solutions, Inc.

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Richard Joseph Doherty hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: plaintiff

On _____05/24/1995_____ (date), I was admitted to practice and presently in good standing in the _____Supreme Court of Illinois_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____03/19/2026_____    Signature of Applicant: /s/ Richard Joseph Doherty

**Pro Hac Vice Attorney**

Applicant's Name: Richard Joseph Doherty

Law Firm Name: Doherty Smith, LLC

Address: 7000 W. 127th St

City: Palos Heights    State: IL    Zip: 60463

Phone Number w/Area Code: (312) 319-2879

City and State of Residence: Chicago, Illinois

Primary E-mail Address: RDoherty@dohertysmith.com

Secondary E-mail Address: RDoherty@dohertysmith.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Trinette G. Kent

Law Firm Name: Trinette G. Kent

Address: 3219 E Camelback Rd, #588

City: Phoenix    State: AZ    Zip: 85018

Phone Number w/Area Code: (480) 247-9644    Bar # 222020

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 24, 2026

Dena Coggins
United States District Judge