UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLYN MARIE ARRIOLA GUZMAN CAMACHO,<br>Plaintiff,<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br>Defendants. | No. 2:25-cv-02800-DC-CKD<br><br>ORDER SUBMITTING ACTION TO ARBITRATION AND STAYING ACTION PURSUANT TO THE PARTIES' STIPULATION<br><br>(Doc. No. 32) |

On September 1, 2026, Plaintiff and the sole remaining defendant, Defendant Experian Information Solutions, Inc., in this action filed a stipulation notifying the court they have agreed to submit all of Plaintiff's claims brought against Defendant Experian Information Solutions, Inc., in this action to binding arbitration pursuant to an arbitration agreement agreed to by the parties, and to stay this action pending conclusion of the arbitration proceedings. (Doc. No. 32.)

Pursuant to that stipulation, and good cause appearing, the court orders as follows:

1. Plaintiff's claims brought in this action are hereby submitted to binding arbitration pursuant to the parties' Arbitration Agreement;
2. This action is STAYED pending completion of the arbitration proceedings;
3. All dates and deadlines, if any, are vacated;
4. The parties shall file a joint status report regarding the status of the arbitration

within 180 days from the date of entry of this order, and every 60 days thereafter, until the arbitration proceedings are completed; and

5. The parties shall file a joint status report to notify the court that arbitration proceedings have concluded within fourteen (14) days of the issuance of the arbitrator's decision.

IT IS SO ORDERED.

Dated: **October 5, 2026**

Dena Coggins
United States District Judge